IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

VICKI MITCHELL                                                                                     PLAINTIFF

V.                                        CASE NO. 07-CV-4084

LIFE INVESTORS INSURANCE
COMPANY OF AMERICA                                                                 DEFENDANT


## **ORDER**

Before the Court is Plaintiff's Motion for Substitution and for Leave to Amend Complaint.  (Doc. 30).  Plaintiff seeks to amend the Complaint to substitute Philip Mitchell as the proper plaintiff to this litigation.  Defendant has responded.  (Doc. 31).  The Court finds the matter ripe for consideration  Upon consideration, the Court is satisfied that good cause for the motion has been shown.  Accordingly, Plaintiffs' Motion for Substitution and for Leave to Amend Complaint should be and hereby is **GRANTED**.

Pursuant to CM/ECF Administrative Policies and Procedures Manual for Civil Filings for the Western District of Arkansas § IV, A, any pleading that adds a party must be filed conventionally, on paper with the clerk's office. Pursuant to Rule 5.5(e) of the Rules for the United States District Courts for the Eastern and Western Districts of Arkansas, Plaintiff shall file the amended complaint within five (5) days of the entry of this order.

IT IS SO ORDERED, this 22d day of December, 2008.

                                                    /s/Harry F. Barnes
                                                Hon. Harry F. Barnes
                                                United States District Judge